```
            IN THE UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF ARKANSAS
                     FAYETTEVILLE DIVISION
```

**ANTHONY W. LUCAS**                                              **PLAINTIFF**

        **v.**                **Civil No. 06-5075**

**TIG INSURANCE COMPANY,;**
**K&K INSURANCE GROUP, INC.;**
**CONTINENTAL CASUALTY COMPANY;**
**and SPECIALTY BENEFITS, INC.**                                  **DEFENDANTS**

### O R D E R

Now on this 6th day of February, 2007, comes on for consideration the **Motion For Summary Judgment Of Separate Defendants TIG Insurance Company, K&K Insurance Group, Inc. And Specialty Benefits, Inc. Based On Their Lack Of Involvement In The Denial Of Plaintiff's Insurance Benefit Claim** (document #24). Plaintiff acknowledges the merit of this motion, and has no objection to the entry of summary judgment as to these defendants, and the Court, therefore, finds that the motion should be granted.

**IT IS THEREFORE ORDERED** that the **Motion For Summary Judgment Of Separate Defendants TIG Insurance Company, K&K Insurance Group, Inc. And Specialty Benefits, Inc. Based On Their Lack Of Involvement In The Denial Of Plaintiff's Insurance Benefit Claim** (document #24) is **granted**, and plaintiff's claims against these defendants are **dismissed with prejudice**.

Plaintiff's claims against Continental Casualty Company remain pending.

**IT IS SO ORDERED.**

                                                                    /s/ Jimm Larry Hendren
                                                                    **JIMM LARRY HENDREN**
                                                                    **UNITED STATES DISTRICT JUDGE**