```
          IN THE UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF ARKANSAS
                   FAYETTEVILLE DIVISION
```

**ANTHONY W. LUCAS**                                              **PLAINTIFF**

    v.    Civil No. 06-5075

**CONTINENTAL CASUALTY COMPANY**                                  **DEFENDANT**

### O R D E R

  Now on this 6th day of February, 2007, comes on for consideration the above-styled case.

  IT APPEARING to the Court that the matter has been settled, Magistrate Judge James R. Marschewski having so advised the Court following settlement conference, it is ORDERED that the case be, and it is hereby, **dismissed with prejudice**, subject to the terms of the settlement agreement made a part of the record before the Magistrate Judge.

  The Court retains jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and that a party wishes this Court to enforce the settlement agreement specifically.

  **IT IS SO ORDERED.**

                 /s/ Jimm Larry Hendren
                **JIMM LARRY HENDREN**
                **UNITED STATES DISTRICT JUDGE**